IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK TEEPLE, | : | CIVIL ACTION |
| | : | NO. 07-2976 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOSEPH CARABBA, et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **22nd** day of **December, 2009**, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** as follows:

(1) Defendant Deputy District Attorney Stephen Kelly's motion for summary judgment (doc. no. 82) is **GRANTED**;

(2) Defendant Detective Kevin D. Dykes' motion for summary judgment (doc. no. 83) is **GRANTED**;

(3) Defendant William Cahill's motion for summary judgment (doc. no. 84) is **GRANTED**;

(4) Defendant Detective Joseph Carabba's motion for summary judgment (doc. no. 85) is **GRANTED**;

It is further **ORDERED** that Defendants Dykes and Cahill's motions for leave to file a reply brief (doc. nos. 93, 94) are **DENIED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**